LITTLE *v.* BREED.

HILL, J. The assignments of error on questions of law are without merit. The verdict was supported by the evidence, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 5217. MAY 15, 1926.

Equitable petition. Before Judge Roop. Troup superior court. October 27, 1925.

*J. T. Thomasson,* for plaintiff in error.  *M. U. Mooty,* contra.